**Opinion issued May 18, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-21-00197-CV

————————————

## IN THE INTEREST OF E.S.T. AKA E.T., A CHILD

---

### On Appeal from the 315th District Court
### Harris County, Texas
### Trial Court Case No. 2019-01176J

---

### MEMORANDUM OPINION

Appellant, D.L., filed an unopposed motion to dismiss his appeal, representing that the trial court has granted a new trial as to his claims.[1] No cross appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

---

[1]  Although the motion to dismiss was filed on behalf of "L.D.," a review of the file indicates the appellant's initials are D.L. The notice of appeal and amended notice of appeal were filed on behalf of D.L. and the final judgment and order granting new trial were directed at D.L.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.